**Exhibit A to the Complaint**

**Location:** Winter Garden, FL  
**Total Works Infringed:** 83  
**IP Address:** 68.204.95.234  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 315D6998E997E35BA990750436DC4FCC9A8D1E5D | Vixen | 12/29/2018 18:21:58 | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 2 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/22/2018 23:12:12 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/23/2018 02:34:49 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 4 | 0EC4175FCFC157B8828AA3E6E4CBC22A1C5021BB | Vixen | 10/27/2018 01:37:58 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 5 | 10021B76CEB8F0F3195C21F344D33CCCFC8556A6 | Vixen | 06/05/2017 06:14:18 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 6 | 111D3B75218FB6125B91BC6EB15A8ABC59ED6C0B | Blacked Raw | 11/06/2018 10:22:43 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 7 | 13F8B657984BB039924814A1A97078E76113ADE6 | Blacked | 05/02/2018 01:51:04 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 8 | 18DA5DECDF780DBCC01F34E9A4F02BC996DF1634 | Blacked | 08/03/2018 22:43:54 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 9 | 1BA06FF511877DFA75B32024B4506A7C9BEB8D9C | Tushy | 01/23/2018 01:52:38 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 10 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/15/2018 03:07:24 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 11 | 1FF03EAF37E0207F7C6C9D052A55BAC9DF05ACD0 | Vixen | 05/21/2018 04:52:59 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 12 | 20BB07151E54C494378097BBF6CB22B32855DE40 | Blacked Raw | 08/16/2018 05:50:08 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 13 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/10/2018 15:50:02 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 14 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 07/21/2017 03:19:47 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 15 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 06/23/2018 21:32:40 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 16 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 12/24/2017 03:19:12 | 11/08/2017 | 12/04/2017 | PA0002097993 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 12/21/2017 04:02:00 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 18 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | Blacked | 09/18/2018 12:40:55 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 19 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/17/2017 17:26:04 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 20 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | Tushy | 10/14/2018 15:12:47 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 21 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/30/2017 20:32:22 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 22 | 35A71E46823959EC9E4F00CEF21806AB7A0FC471 | Tushy | 09/08/2017 00:49:27 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 23 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 04/23/2018 02:10:32 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 24 | 3686A7DACD91AD65EA1FE01F6818B096CE493BB7 | Blacked | 12/24/2017 03:16:06 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 25 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 07/02/2018 11:49:30 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 26 | 3C6D5785FDC3A9947EA11D9923048076FDE43B96 | Blacked Raw | 12/29/2018 16:58:33 | 12/28/2018 | 02/01/2019 | 17380123491 |
| 27 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 08/03/2018 03:49:32 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 28 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/03/2018 22:39:24 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 29 | 4A8B0DFCD3078B47AD08C5A470AAA6D773E49726 | Blacked Raw | 09/16/2018 19:00:43 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 30 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 10/30/2017 03:52:48 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 31 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 08/29/2017 12:35:10 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 32 | 5E5648DEC0EEE26A85C27C8802B349ABDC47C17E | Tushy | 12/04/2017 04:28:31 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 33 | 617590A4A03E0F5156896C6DD1F006775B6CA43C | Blacked Raw | 12/29/2017 02:55:58 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 34 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/19/2018 20:55:42 | 08/18/2018 | 09/05/2018 | PA0002135664 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/30/2017 21:19:07 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 36 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/20/2018 22:16:50 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 37 | 676486D98D44AA7C446A4974C9600DC8F2931C92 | Blacked | 10/29/2017 04:16:36 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 38 | 6812B1755573BDF95745FDCE9FF96074A7D862AD | Blacked | 05/26/2018 11:56:42 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 39 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/08/2018 14:54:00 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 40 | 70EA4507606918AE97CFB4C96B9F691455823620 | Tushy | 06/07/2018 06:11:49 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 41 | 79B11A923505F1BC77096092FC15A850FB55AC88 | Blacked | 09/13/2018 02:47:21 | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 42 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 07/02/2018 01:20:38 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 43 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 10/17/2017 06:10:54 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 44 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 01/28/2018 00:49:24 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 45 | 823A7162BA082516F12631D88A05996DB8DA64A9 | Blacked | 09/30/2018 21:19:09 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 46 | 84827605C05DA9BEFD11F001AC1DF8DCE8DA743F | Blacked Raw | 09/18/2018 13:46:18 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 47 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 05:04:32 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 48 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 06/05/2017 06:14:28 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 49 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 06/10/2017 08:36:23 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 50 | 8AEA27202C47B378BF48659CC2938DB8691054EF | Tushy | 07/26/2018 05:43:16 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 51 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/02/2017 21:03:01 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 52 | 8F4DD2420D0F4D0C3D0A8278EAEA72746B0910BD | Blacked | 08/27/2017 16:27:25 | 08/23/2017 | 10/10/2017 | PA0002086163 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 9173A8B174205520944B72A79E7D8AC25CF447E2 | Vixen | 10/07/2017 15:49:53 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 54 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 07/02/2018 02:19:40 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 55 | 93D0AA012ABAEFB3FE456E26D2BEBA2DC6903DFE | Blacked Raw | 09/23/2018 00:28:06 | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 56 | 94A81A56891381F734319A2788FD748F0BBCE7A9 | Blacked | 10/13/2017 06:34:06 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 57 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/20/2017 01:16:39 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 58 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/28/2018 12:43:45 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 59 | A42D1662734338A45A64640234CF5D1E14FC7566 | Blacked | 06/30/2018 01:46:53 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 60 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/18/2017 11:12:18 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 61 | A7C845C2FE73159A186E1ABA9997B621BAC615D0 | Blacked | 06/15/2017 00:00:14 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 62 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 02/02/2018 06:09:03 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 63 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/26/2017 13:23:51 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 64 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/30/2018 20:56:39 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 65 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/09/2018 16:34:14 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 66 | BEA3F713C85F20F62FE90741A87B482944C52E42 | Tushy | 11/15/2018 18:15:39 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 67 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 12/04/2017 13:36:37 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 68 | C6C4E4D5F87DFB2FDE6CFE2A87519B8E7A79A9A5 | Blacked | 05/26/2018 02:44:27 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 69 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 12/09/2017 20:13:08 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 70 | CB1CF3A538740830EB949C92F6889247A783F172 | Blacked Raw | 09/18/2018 13:02:59 | 08/30/2018 | 10/16/2018 | PA0002127777 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/20/2017 04:50:43 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 72 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/19/2017 03:52:18 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 73 | D2D5F8485ABF1772A7A0668F38C27295427A6D5D | Blacked Raw | 09/30/2018 21:20:39 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 74 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 06/20/2018 15:52:18 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 75 | E135DF22FAE94A7DEFE4329C8BB36859890C01A5 | Tushy | 05/26/2018 05:27:04 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 76 | E3A72A492A2E14A9260626FF1A342DA717136519 | Vixen | 09/12/2018 06:29:11 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 77 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/03/2017 13:13:57 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 78 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/24/2017 06:18:46 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 79 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/21/2017 05:01:00 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 80 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | Blacked Raw | 01/02/2019 13:58:42 | 12/13/2018 | 02/01/2019 | 17380124198 |
| 81 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 03:37:13 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 82 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/27/2018 13:59:14 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 83 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 04:40:25 | 01/04/2018 | 01/15/2018 | PA0002070947 |